## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOMBARD MEDICAL TECHNOLOGIES, INC., Plaintiff, <br><br> v. <br><br> NILS JOHANNESSEN, THOMAS SASSLER, and TRIVASCULAR, INC., Defendants. | CIVIL ACTION NO. |

*Allowed. RM Thurm OS 6-15-10. 3:50 PM*

### ORDER TO PRESERVE DOCUMENTS AND EVIDENCE

Plaintiff's Motion for an Order to Preserve Documents And Evidence having come before this Court, and upon consideration of the Verified Complaint, Declarations, Motion for a Temporary Restraining Order and Preliminary Injunction, and Memorandum of Law in support thereof, it is hereby ORDERED that:

Defendants Nils Johannessen, Thomas Sassler, and TriVascular, Inc., and their agents, servants, employees, consultants, officers, directors, attorneys, affiliates, successors and assigns, and any other individual or entity within their control or supervision, and all other persons or entities acting in concert or on their behalf or participating with them:

ARE HEREBY RESTRAINED AND ENJOINED from destroying, disposing of or otherwise preventing the discovery of any documents, computer records or other information, however and wherever maintained, relating in any manner to the subject matter of this action. Such documents and information include, but are not limited to:

1. Any and all documents, computer records or other information relating to the Plaintiff, Lombard Medical Technologies, Inc. ("Lombard"), and any and all of its associated companies, affiliates, subsidiaries, branches and divisions.

2. Any and all documents, computer records or other information relating to any confidential or proprietary information of Lombard, or of any of its associated companies, affiliates, subsidiaries, branches and divisions, that is in the possession, custody or control of any or all of the Defendants, including, but not limited to, Lombard's trade secrets, technology, technical information relating to its products and services (including Aorfix™), processes and techniques, business and marketing plans, pricing and cost data, non-public clinical trial data and analyses, information regarding the relative strengths and weaknesses of its products, clinical trial design, clinical trial agreements with medical centers (including information regarding the pricing and intellectual property provisions in such agreements), clinical trial methodologies, information regarding the identity of contacts and key decisionmakers at medical centers, and information regarding which paths in the clinical trial should be foregone.

SO ORDERED

_/s/ Richard B. Stearns_
United States District Judge

6-15-10
Dated
3:51 PM