## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOMBARD MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NILS JOHANNESSEN, THOMAS SASSLER AND TRIVASCULAR, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:10-cv-10995-NG |

## AFFIDAVIT OF THOMAS R. SASSLER

I, Thomas R. Sassler, state:

1.      I live in Acworth, Georgia.  I am 52 years old

2.      I have been involved in the medical device business for 23 years.  For the past 19 years, my experience has focused specifically on stents and devices to assist in the delivery of stents.  I have trained physicians and other medical professionals how to use a wide various kinds of stents and ancillary devices.

3.      My resume is **Exhibit A**.  It accurately describes my experience and education.

### Employment at Lombard

4.      I have worked with Nils Johannessen at several different companies starting in 1991.  I consider him a friend and a trusted colleague.

5.      In late summer 2007, Nils told me that he was joining a company called Lombard Medical Technologies, Inc. to help them with an FDA clinical trial of a stent they had developed for treatment of abdominal aortic aneurysms.  I decided to explore employment at Lombard for myself and a few months later received and accepted an offer to work there in the same capacity as Nils.

6.      My job was to help Lombard conduct an FDA clinical trial of its "High Angle AORfix™" Bifurcated Stent Graft."  I was assigned to work at specific medical centers that had previously agreed to participate in the clinical trial, which was sometimes called "Pythagoras." The sites to which I was assigned were in the Southeast, the upper Mid-West and in Western Canada.  None was ever in Massachusetts.

7.      At each of the sites to which I was assigned, I was responsible for encouraging physicians who had agreed to participate to evaluate the patients that they were treating for possible inclusion in the Pythagoras clinical trial.  When a physician identified a patient for possible inclusion, I reviewed medical images and other objective data to confirm whether the patient met the criteria for participation set forth in the protocol for the study.

8.      I also "proctored" surgical procedures performed on patients participating in the clinical study, which means that I attended the surgeries and offered the surgeons guidance about the mechanics of implanting the Lombard stent graft.

9.      I never helped Lombard persuade medical centers or physicians to participate in the clinical trial.  I helped identify one center, Macon Cardiovascular Institute, in Macon, Georgia, but I did not consider it a significant part of my job to try to do so.

-2-

## Public Availability of Information About Lombard's Stent Graft and Clinical Trial

10.     Very little, if anything, about Lombard's High Angle AORfix™" Bifurcated Stent Graft, or about the Pythagoras clinical trial, was confidential.

11.     All of the medical centers that are participating in the Pythagoras clinical trial -- including the names, telephone numbers and email addresses of the key individuals at each hospital -- are listed on a website sponsored by the National Institutes of Health. The address of the website is www.clinicaltrials.gov. A printout of information on the website regarding the Pythagoras trial is **Exhibit B**.

12.     Lombard's criteria for including or excluding patients from the Pythagoras clinical trial are also listed on the same website. See pages 2 and 3 of **Exhibit B**. The criteria are objective and simple to apply.

13.     Lombard did not keep techniques for how to use its High Angle AORfix™" Bifurcated Stent Graft a secret either. On the contrary, Lombard posts on its own website, the address of which is www.lombardmedical.com, the 36-page "Instructions For Use" booklet that is attached as **Exhibit C**.

14.     I understand that Lombard has one or more patents on its High Angle AORfix™" Bifurcated Stent Graft, and thus the design of the stent graft is public information. Certainly, no one at Lombard ever told me that the design was secret.

**Lombard's Struggles**

15.     A couple of months after I was first hired at Lombard, I and the other investigational site specialists were instructed to stop trying to qualify new patients for the clinical trial until further notice.  The clinical trial froze for more than a month and a half.

16.     In the fall of 2008, I was instructed not to travel unless necessary for essential case support.  This restriction continued for several months and made it difficult to enroll patients in the clinical study.

17.     Qualifying patients to participate in the Pythagoras clinical trial was already difficult because the focus of the trial was to enroll patients with aortic angles -- essentially bends in the aorta -- of between 60° and 90°.  As stated on the NIH website, the study called for enrollment of 160 patients and also provided that <u>at least</u> 120 of the patients would have "aortic angle between 60° and 90°."  The great majority of patients do not have aortic angles greater than 60° and were thus largely unavailable as potential participants in the clinical trial.

18.     In 2008 and 2009, I also observed what I believed was a badly strained relationship between Peter Phillips, the President of Lombard in the U.S. and Brian Howlett, the CEO of Lombard's U.K. parent company.  In late 2008 or early 2009, Peter told me that he thought Lombard's U.K. parent company would like to see one or two of the investigational site specialists in the U.S. resign so that the company could avoid having to terminate us and pay us severance.

-4-

19.     In about January of 2009, Ed Hoban, Lombard's head of U.S. marketing, was involuntarily terminated as a cost-cutting measure.  At about the same time, Lombard's UK parent let go about half of its employees.

20.     Within a month or two of these job cuts, Ulf Borg, who was Lombard's clinical manager, also left the company.  In November 2009, Brad Seifert, an investigation site specialist based in Kansas City, Missouri, left Lombard.

21.     In July 2009, I was told that I would receive a recruiting bonus if and when the Company enrolled 120 high-angle patients in Pythagoras clinical trial.  But around December 2009, when Lombard enrolled its 120th high-angle patient, my supervisor at the time, Clay Herzwurm, told me that we would need to over-enroll to 150 patients before we could receive the bonus.

22.     For these reasons, I was not happy at Lombard and I was concerned that the company's lack of success would eventually cost me my job.

### Sending Resume to TriVascular

23.     By late 2009 and early 2010 I had my eyes open for possible alternative employment.  I regularly reviewed the NIH "clinicaltrials" website to see what other medical device companies might be doing.

24.     In early 2010, I noticed a clinical trial posted on the NIH site, sponsored by a company called TriVascular.  After checking out their website, I thought TriVascular looked like a company with tremendous potential.  I mentioned my interest in the company to Nils.

MEI 10156825v.2

25.     I did not know anyone at TriVascular and had never communicated with anyone there. I had not communicated with any recruiter about TriVascular either. Nevertheless, in February 2010, I emailed my resume to an email address for job applicants that I found on the TriVascular website. A copy of this email is **Exhibit D**.

26.     I received no response from TriVascular until late March, 2010, when a human resources person contacted me and told me the company was interested in talking about hiring me. On May 7, 2010, TriVascular offered me employment and I accepted.

**Leaving Lombard**

27.     As soon as I accepted TriVascular's offer, I notified my supervisor at Lombard that I was resigning from the company and where I was going. I offered 30 days notice and Lombard agreed to have me stay for that time. Clay Herzwurm and John Rush, Lombard's new CEO, urged me to stay. Mr. Rush and Clay Herzwurm called me and said if I left, Lombard would seek to enforce my non-competition agreement, but if I agreed to stay for 6 months or until 150 high-angle cases, they would waive the non-competition agreement.

28.     I never told anyone at Lombard that I expected to be responsible at TriVascular for identifying medical centers to participate in TriVascular's clinical trial or for convincing medical centers to refer AAA patients to TriVascular's clinical trial. Indeed, I did not and do not expect to do either of those things at TriVascular. I stated only that I would be doing "something similar but different." I made that statement on June 8th, my last day.

29.     After I resigned, at Lombard's request, I continued to perform my regular duties, more or less normally through about June 8.

30.    I consulted with my supervisor, Clay Herzwurm, about how he would like me to let people outside the company know that I would no longer be working at Lombard. Clay told me I should use an email that Nils had written and Clay had approved and I did that. The email mention nothing about my going to work for TriVascular. I returned my computer and all Lombard property to representatives of Lombard.

### Employment at TriVascular

31.    My first day at TriVascular was June 14, 2010. Since then I have been learning about TriVascular's stent graft and how it is used. My job at TriVascular will not involve selecting hospitals to participate in TriVascular's clinical trial. I understand that TriVascular has already selected the hospitals that will participate, from a group of interested hospitals that was larger than the clinical trial could accommodate. My job at TriVascular will not involve convincing hospitals to participate in the TriVascular clinical trial.

32.    TriVascular has assured me that for at least six months it will not ask me to work at any hospital that is participating in Lombard's Pythagoras clinical trial, whether I worked at that hospital at Lombard or not. TriVascular has also assured me that for at least six months my job will not include contacting physicians or other medical professionals with whom I worked while at Lombard. To avoid any suggestion that I am giving TriVascular any unfair advantage, I have agreed to abide by these restrictions on my work. In fact, however, even if I were to work at medical centers that are participating in Lombard's Pythagoras clinical trial, the patients whom Lombard would be most interested in enrolling in its clinical trial -- patients with aortic angles of greater than 60% -- would not be eligible for TriVascular's clinical study, which is limited to patients with aortic angles of 60° or less.

-7-

33.     Attached as **Exhibit E** is a May 28, 2010 letter from David Reis, counsel for TriVascular, to counsel for Lombard, on which I was cc'd.  In the letter, Mr. Reis informs Lombard of the limits on my employment and that of Nils that TriVascular is imposing during the six-month period of our non-competition agreements.

34.     Lombard still has several employees that can perform the duties that I performed while I was at the company, including three employees based in the U.K.  These three employees can and in the past have proctored U.S. surgical procedures using Lombard's stent graft.  I also understand that my former manager, Clay Hezwurm, is well into his training for qualification to independently proctor surgical procedures for the clinical trial.  In fact, on my second to last day at Lombard, Clay stepped in to proctor a surgical procedure that I had been scheduled to proctor.

35.     I rely on my salary from employment to support myself, my wife and two dependent children.

36.     I have never worked at a clinical site in Massachusetts.  I spent virtually no time in Massachusetts during my two and half years of employment at Lombard -- at most a handful of brief visits.

37.     I do not intend Lombard any harm and I am not causing Lombard any harm.  I understand that Lombard contends that it is temporarily short-handed as a result of my resignation and Nils' resignation.  But any such problems would have occurred no matter where we went to work and are in no way a consequence of our working for TriVascular.

Executed this 17th day of June 2010 under the pains and penalties of perjury.

_____
Thomas R. Sassler

# EXHIBIT A

Thomas R. Sassler
5121 Verbena Drive
Acworth, Georgia 30102
770-855-3535
tsassler@comcast.net


**OBJECTIVE:**  A challenging and rewarding sales opportunity that allows me to utilize my extensive experience and network of contacts within the Healthcare community.


**EMPLOYMENT:**

10/2007-Present      Investigational Site Specialist, Lombard Medical Technologies, Wellesley Hills, MA 02459

Responsible for the management of the Pythagoras stent graft study in the Southeast United States, mid and upper Mid-West United States as well as Western Canada. I aid in the recruitment of qualified patients and proctor physicians in the deployment of the Aorfix stent graft.

1998-10/2007      Senior Sales Representative, ev3, Minneapolis, MN

Responsible for the sales of stents, PTA catheters, embolic protection devices, thrombectomy catheters and other ancillary devices to Interventional Radiologist, Interventional Cardiologist and Vascular Surgeons.
- o  Salesperson of the Year in 1998 and 1999
- o  Presidents Club in 1998, 1999 and 2000
- o  Top 10 sales performer in 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005 and 2006
- o  Actively involved in the training of new sales representative
- o  Recipient of multiple quarterly and annual sales awards

1991-1998      Senior Sales Representative, Schneider (USA) Inc., Pfizer Inc., Medical Technology Group

I was responsible for the launching and selling of the Wallstent endoprosthesis in my respective geographic territory. Responsibilities included selling and training multi-specialist in the use of peripheral stents. Also responsible for selling of ancillary devices such as PTA balloon catheters, guide wires and guiding catheters.
- o  Salesperson of the Year in 1992 and 1995
- o  Presidents Club in 1992, 1994 and 1995
- o  1st Sales Representative promoted to Senior Sales Representative
- o  Actively involved in the training of new sales representative
- o  Winner of various sales contest and awards

1989-1990          Regional Sales Manager, Criticare Systems, Inc., Waukesha, WI

Responsible for the hiring and training of a west coast sales team with the objective of establishing a sustaining user base in the field of pulse oximetry, end-tidal co2 and anesthetic agent monitors.  With personal sales responsibility of luminary accounts: UCLA Medical Center, University of Washington Medical Center and Stanford Medical Center.
   o   Region succeeded in becoming #2 revenue producer out of 5

1987-1989          Sales Representative, United States Surgical Corp., Norwalk, CONN

I was Responsible for the selling of surgical stapling devices and the training of multi-disciplined surgeons in the state of the art surgical technique.
   o   Nominated for Rookie of the Year in 1989
   o   Increased revenue per procedure by 28% in 1989
   o   Exceeded quota 6 of 7 quarters
   o   Chosen by Regional Manager as a Product Task Force member

1981-1987          Regional Sales Manager, Cintas Corp., Cincinnati, OH

Responsible for the hiring and training of a new west coast sales team.
   o   #1 sales region in 1985 and 1986
   o   Actively participated in the due diligence process of 2 regional acquisitions
   o   Selected by President as a member of the National Marketing Committee
   o   As a sales representative signed the largest contract ever in the Cleveland, OH office
   o   Multi-recipient of the 100% club

**EDUCATION:**  Bachelor of Science, Psychology, John Carroll University.  Cleveland, Ohio

   o   Four year letterman in Track and Field
   o   Two year varsity football
   o   Student Senate
   o   Vice-President of Alpha Kappa Psi

# EXHIBIT B

# ClinicalTrials.gov
A service of the U.S. National Institutes of Health

---

### Study 1 of 36 for search of:   lombard medical

⇐ **Previous Study**    **Return to Search Results**    **Next Study** ➡

| Full Text View | Tabular View | No Study Results Posted | Related Studies |

## Prospective Aneurysm Trial: High Angle Aorfix™ Bifurcated Stent Graft (PYTHAGORAS)

### This study is currently recruiting participants.
Verified by Lombard Medical, July 2009

First Received: August 27, 2007   Last Updated: July 29, 2009   History of Changes

| | |
|---|---|
| Sponsor: | **Lombard Medical** |
| Information provided by: | Lombard Medical |
| ClinicalTrials.gov Identifier: | NCT00522535 |

## ► Purpose

Purpose of this study The purpose of the study is to evaluate the safety and effectiveness of the **Lombard Medical** endovascular Aorfix™ AAA bifurcated stent graft in the treatment of abdominal aortic, aorto-iliac and common iliac aneurysms.In aneurysms with anatomy including angled aorta, angled aneurysmal body or both between 0° and 90°, where the patients have suitable anatomy. The aortic neck extends from the renal artery furthest from the heart to the top of the aneurysm.

Study hypotheses Efficacy The twelve month, all cause mortality rate in the Aorfix™ group will be non-inferior to the twelve month, all cause mortality rate in the control group.

Safety The rates of early serious adverse events, as defined in Section 3.3.2, between 0 and 30 days post-operative in the Aorfix™ groups will be non-inferior to the early serious adverse event rates between 0 and 30 days post-operative in the control group.

| Condition | Intervention | Phase |
|---|---|---|
| Abdominal Aortic Aneurysms | Procedure: Open repair<br>Procedure: EVAR | Phase II<br>Phase III |

Study Type:       Interventional
Study Design:    Allocation: Non-Randomized
                        Control: Active Control
                        Endpoint Classification: Safety/Efficacy Study
                        Intervention Model: Parallel Assignment
                        Masking: Open Label
                        Primary Purpose: Treatment

Official Title:    Prospective Aneurysm Trial: High Angle Aorfix™ Bifurcated Stent Graft

**Resource links provided by NLM:**

MedlinePlus related topics:  Aneurysms   Aortic Aneurysm

U.S. FDA Resources

**Further study details as provided by Lombard Medical:**

Primary Outcome Measures:

Case 1:10-cv-10995-NG   Document 16   Filed 06/18/10   Page 14 of 45

- The twelve month, all cause mortality rate in the Aorfix™ group compared to all cause mortality rate in the control group. [ Time Frame: 1 year ] [ Designated as safety issue: Yes ]

Secondary Outcome Measures:

- The rates of early serious adverse events between 0 and 30 days post-operative in the Aorfix™ groups compared to the early serious adverse event rates between 0 and 30 days post-operative in the control group. [ Time Frame: 30 days ] [ Designated as safety issue: Yes ]

| | |
|---|---|
| Estimated Enrollment: | 160 |
| Study Start Date: | October 2006 |
| Estimated Study Completion Date: | October 2010 |
| Estimated Primary Completion Date: | October 2010 (Final data collection date for primary outcome measure) |

| Arms | Assigned Interventions |
|---|---|
| 1: Active Comparator<br>Open surgical repair of abdominal aortic aneurysm | Procedure: Open repair<br>Open surgical repair of abdominal aortic aneurysm |
| 2: Experimental<br>Endovascular treatment arm of 160 patients having suitable anatomy in which the Aorfix™ is placed. Use of stent grafts in aortic angles greater than 60° has not been approved for other devices available in the US; as a result, a minimum of 120 patients in this arm will have an aortic angle between 60° and 90° | Procedure: EVAR<br>Endovascular repair of abdominal aortic aneurysm |

## ► Eligibility

| | |
|---|---|
| Ages Eligible for Study: | 21 Years to 85 Years |
| Genders Eligible for Study: | Both |
| Accepts Healthy Volunteers: | No |

### Criteria

Inclusion Criteria:

- Diagnosed abdominal aortic aneurysm > 4.5 cm in diameter, OR 4.0 cm or larger in diameter if symptomatic (i.e. pain, embolisation), OR documented AAA growth of more than 5 mm within the previous 6 months, and/or including extension into common iliac artery (ies), and/or
- Iliac aneurysm greater than, or equal to 3.5 cm in maximum diameter.

Exclusion Criteria:

- Less than 21 years of age,
- Life expectancy less than 2 years,
- Pregnant,
- Religious cultural or other objection to the receipt of blood or blood products,
- Unwilling to comply with follow-up schedule,
- Unwillingness or inability to provide informed consent to both trial and procedure.
- Patients >85 years, or not expected to live more than 2 years from enrolment
- Patient has a ruptured aneurysm
- Aneurysm extends above renal arteries
- Proximal neck of aneurysm has significant loose thrombus associated with it
- Patient with an acute or chronic aortic dissection or mycotic aneurysm
- Patient has current non-localized infection (may be recruited following remission of the infection)
- Patient is allergic to device materials
- Patient is allergic to or intolerant of use of contrast media and cannot be exposed to suitable remedial treatment such as steroids and/or benadryl
- Patient is clinically and morbidly obese such that imaging would be severely adversely affected
- Patient has renal failure (serum creatinine > 2.5 mg/dL)
- Patient has an uncorrectable bleeding abnormality
- Patient has unstable angina

- Patient is receiving dialysis:
- Inflammatory aneurysm
- MI in last 6 months
- End stage COPD
- Patient has connective tissue disease (eg Marfan syndrome, Ehlers-Danlos syndrome)
- Significant (>80%) renal artery stenosis which cannot be readily treated

▶ **Contacts and Locations**

Please refer to this study by its ClinicalTrials.gov identifier: NCT00522535

🖃 **Hide Study Locations**

**Locations**

**United States, Alabama**

UAB Vascular Surgery , The Kirklin Clinic, 2000 6th Ave.                                    Recruiting
  Birmingham, Alabama, United States, 35249
    Contact: Dena Richard, RN, BSN    205-934-7279    DGRichard@UAB.edu
    Contact: Donna Kerns, RN    205-934-7279    DJKerns@UAB.edu
    Principal Investigator: William Jordan, MD

**United States, Arizona**

University of Arizona Vascular, 1501 North Campbell Ave, Room 4404                          Recruiting
  Tucson, Arizona, United States, 85718
    Contact: Brenda Harrington, RN    520-626-4845    BPH@email.Arizona.edu
    Principal Investigator: Joseph Mills, MD

**United States, California**

UCSF, 400 Parnassus Ave, A-581                                                             Recruiting
  San Francisco, California, United States, 94143
    Contact: Mike Levi    415-353-4366    mikeal.levi@ucsfmedctr.org
    Contact: Diana Kim    (415) 353-4371    Diana.Kim@ucsfmedctr.org
    Principal Investigator: Tim Chuter, MD

Stanford University, 300 Pasteur Drive, Suite H3600                                        Recruiting
  Stanford, California, United States, 94305
    Contact: Stephanie Siu    650-498-7936    StephSiu@Stanford.edu
    Principal Investigator: Jason Lee, MD

Harbor-UCLA **Medical** Center - 1000 West Carson Street Box 11                            Recruiting
  Torrance, California, United States, 90502
    Contact: Abeline LoBue, RN    310-222-5249    ALoBue@ladhs.org
    Contact: Rowena Buwalda, RN    310-222-5249    RBuwalda@ladhs.org
    Principal Investigator: Rodney White, MD

**United States, Connecticut**

Yale University School of Medicine 333 Cedar Street FMB 137, Section of Vascular Surgery    Recruiting
  New Haven, Connecticut, United States, 06510
    Contact: Svetlana Vassilieva, MD    203-785-5182    svetlana.vassilieva@yale.edu
    Principal Investigator: Bart Muhs, MD

**United States, Delaware**

Christiana Hospital, 4755 Ogletown-Stanton Road                                            Recruiting
  Newark, Delaware, United States, 19718
    Contact: Jennifer Veasey    302-733-2658    jveasey@christianacare.org
    Principal Investigator: Bhaskar Rao, MD

**United States, Florida**

Holy Cross Hospital, Jim Moran Heart & Vascular Research Institute, 1951 NE 47th Street     Recruiting
  Ft. Lauderdale, Florida, United States, 33308
    Contact: Cyndi Toot    954-229-8557    cynthia.toot@holy-cross.com
    Principal Investigator: Michael Rush, MD

Baptist Hospital of Miami, Cardiac & Vascular Institute, 8900 North Kendall Drive          Recruiting
  Miami, Florida, United States, 33176
    Contact: Maggy Pierre Louis-Berge, RN,BSN    786-596-8581    MaggyP@baptisthealth.net
    Contact: Margaret Kovacs, ARNP    786-596-3531    MargareK@baptisthealth.net
    Principal Investigator: Barry Katzen, MD

**United States, Georgia**

Macon Cardiovascular Institute, 575 First Street                                    Recruiting
    Macon, Georgia, United States, 31201
    Contact: Craig Odum    478-743-9762    c.odum@maconcvi.org
    Principal Investigator: Juan Ayerdi, MD

**United States, Illinois**

Methodist Heart Lung & Vascular Institute, 112NE Crescent Avenue                    Recruiting
    Peoria, Illinois, United States, 61606
    Contact: Tracy Rennie, MPH, RN    309-672-4808    TRennie@MMCI.org
    Contact: Sue Copp, RN    309-672-4808    SueCopp@MMCI.org
    Principal Investigator: James Williams, MD

Springfield Memorial Hospital, 701 North 1st St, Suite D346                         Recruiting
    Springfield, Illinois, United States, 62702
    Contact: Carol Buettner    217-545-2320    CBuettner@SIUmed.edu
    Contact: Tiffany Whitaker    217-545-2531    TWhitaker@SIUmed.edu
    Principal Investigator: Kim Hodgson, MD

**United States, Maryland**

John Hopkins Bayview **Medical** Center, 4940 Eastern Avenue, A Building, 5th Floor   Recruiting
    Baltimore, Maryland, United States, 21224
    Contact: Umair Qazi, MD, MPH    410-550-1355    uqazi1@jhmi.edu
    Principal Investigator: Mahmoud Malas, MD

**United States, Massachusetts**

Brigham and Women's Hospital, 75 Francis Street                                     Recruiting
    Boston, Massachusetts, United States, 02115
    Contact: William Karle    617-525-8555    WKarle@Partners.org
    Principal Investigator: Michael Belkin, MD

**United States, Michigan**

University of Michigan                                                              Recruiting
    Ann Arbor, Michigan, United States, 48109
    Contact: Susan Blackburn, RN, MBA    734-936-8556    SusaBlac@med.UMich.edu
    Principal Investigator: Gilbert Upchurch, MD

Michigan Vascular Group G-5020 West Bristol Road                                    Recruiting
    Flint, Michigan, United States, 48507
    Contact: Jill George, BS, CCRC    810-600-2009    jgeorge@michiganvascular.com
    Principal Investigator: Carlo Dall'Olmo, MD

**United States, Minnesota**

Abbott Northwestern / MHIF                                                          Recruiting
    Minneapolis, Minnesota, United States, 55407
    Contact: Gretchen Peichel, RN    612-863-8098    gretchen.peichel@allina.com
    Principal Investigator: Timothy Sullivan, MD

**United States, Missouri**

Washington University                                                              Recruiting
    St Louis, Missouri, United States, 63110
    Contact: Christine Cooke    314-362-6290    cookec@wudosis.wustl.edu
    Principal Investigator: Luis Sanchez, MD

**United States, New Hampshire**

Dartmouth - Hitchcock **Medical**, One **Medical** Center Drive                      Recruiting
    Lebanon, New Hampshire, United States, 03756
    Contact: Ann Alexander, RN    603-650-4763    Anne.G.Alexander@Hitchcock.org
    Contact: Cindy Wolkin    603-650-7966    Cindy.Wolkin@Hitchcock.org
    Principal Investigator: Mark Fillinger, MD

**United States, New Jersey**

Englewood Hospital & **Medical** Center, 350 Engle Street                            Recruiting
    Englewood, New Jersey, United States, 07631
    Contact: Karen Hessler    201-894-3699    karen.hessler@ehmc.com
    Principal Investigator: Theresa Impeduglia, MD

Newark-Beth Israel **Medical** Center, 201 Lyons Ave                                 Recruiting
    Newark, New Jersey, United States, 07112
    Contact: Debra Cook, RN    973-926-7529    DCook@sbhcs.com
    Principal Investigator: Bruce Brener, MD

**United States, New York**

Albany Medical Center, 43 New Scotland Avenue MC157                                    **Recruiting**
   Albany, New York, United States, 12208
   Contact: Margaret Czerwinski, RN    518-452-2180    CzerwinskiM@AlbanyVascular.com
   Contact: Debbie Hill, RN    518-262-5021    HillD@AlbanyVascular.com
   Principal Investigator: Mannish Metha, MD

Columbia-Presbyterian Medical Center Division of Vascular Surgery                       **Recruiting**
   New York, New York, United States, 10021
   Contact: Diana Catz, PhD, MPH    212-342-4102    DSC6@columbia.edu
   Principal Investigator: James McKinsey, MD

Weill Cornell Medical Center                                                             **Recruiting**
   New York, New York, United States, 10021
   Contact: Erin MaGennis    212-746-5949    EMM2010@med.Cornell.edu
   Principal Investigator: James McKinsey, MD

Lenox Hill Hospital 130 E. 77th Street, Blackhall - 9th Floor                           **Recruiting**
   New York, New York, United States, 10021
   Contact: Jacqueline Thompson, RN    646-773-9397    jthompson@lenoxhill.net
   Principal Investigator: Richard Green, MD

**United States, Ohio**

Jobst Vascular Center                                                                    **Recruiting**
   Toledo, Ohio, United States, 43606
   Contact: Linda Andrews, RN    419-291-7182    linda.andrews@promedica.org
   Principal Investigator: Anthony Comerot, MD

**United States, Oregon**

Oregon Health & Science University, 3181 SW Sam Jackson Park Road                        **Recruiting**
   Portland, Oregon, United States, 97239
   Contact: Nick Esmonde    503-494-7477    esmonden@ohsu.edu
   Principal Investigator: Gregory Landry, MD

**United States, Pennsylvania**

Geisinger Clinic, 100 North Academy Avenue                                              **Recruiting**
   Danville, Pennsylvania, United States, 17822
   Contact: Cathy Miller    570-214-5513    cjmiller@geisinger.edu
   Principal Investigator: James Elmore, MD

Pinnacle Health Hospitals, 2808 Old Post Road,                                          **Recruiting**
   Harrisburg, Pennsylvania, United States, 17110
   Contact: Roxanne Yost    717-231-8815    ryost@ac-pc.com
   Principal Investigator: Rajesh Dave, MD

Drexel University College of Medicine                                                    **Recruiting**
   Philadelphia, Pennsylvania, United States, 19102
   Contact: David Phuoug    215-246-5854    dp55@drexel.edu
   Principal Investigator: Daniel J McCormick, MD

University of Pittsburgh, Shadyside Med Bldg, 5200 Center Ave Suite 307                  **Recruiting**
   Pittsburgh, Pennsylvania, United States, 15232
   Contact: Susan Tamburro    412-623-8452    tamburros@upmc.edu
   Principal Investigator: Michel Makaroun, MD

Moffitt Heart and Vascular Group                                                         **Recruiting**
   Wormleysburg, Pennsylvania, United States, 10743
   Contact: Susan Reilly, RN    717-731-0101 ext 3152    Susan.Reilly@MoffittHeart.com
   Contact: Anita Todd, RN    717-731-0101 ext 3002    Anita.Todd@MoffittHeart.com
   Principal Investigator: Brijeshwar Maini, MD

**United States, South Dakota**

Sanford Clinic Clinical Research, 1305 West 18th Street, 1000 Level                      **Recruiting**
   Sioux Falls, South Dakota, United States, 57105
   Contact: Karla Reilly, RN    605-328-1375    REILLYK@sanfordhealth.org
   Principal Investigator: Gregory Schultz, MD

**United States, Tennessee**

University of Tennessee, 979 East 3rd Ave, Suite B401                                    **Recruiting**
   Chattanooga, Tennessee, United States, 37403
   Contact: Karen Reed, RN    423-778-7695    Karen.Reed@erlanger.org
   Contact: Pat Lewis, RN    423-778-7695    Pat.Lewis@erlanger.org
   Principal Investigator: Richard Sprouse, MD

DeBakey Heart, Methodist Hospital, 6565 Fannin St, MGJ5-008                    Recruiting
    Houston, Texas, United States, 77030
    Contact: Rhonda Selman    713-441-6553    mnurrw@tmhs.org
    Principal Investigator: Alan Lumsden, MD

St. Luke's Episcopal Hospital, 6720 Bertner Avenue, MC1-191                    Recruiting
    Houston, Texas, United States, 77030
    Contact: Aline Barzilla    832-355-3710    abarzilla@sleh.com
    Principal Investigator: Neil Strickman, MD

**United States, Virginia**

Sentara Heart Hospital - Vascular & Transplant Specialists                    Recruiting
    Norfolk, Virginia, United States, 23507
    Contact: Jan Devlin, RN, BSN    757-622-2649    jldevlin@sentara.com
    Principal Investigator: Marc Glickman, MD

**United States, Washington**

Swedish **Medical** Center                                                    Recruiting
    Seattle, Washington, United States, 98122
    Contact: Katy Boreson, RN    206-215-2455    katy.boreson@swedish.org
    Principal Investigator: Swee Lian Tan, MD

Sacred Heart **Medical** Center                                               Recruiting
    Spokane, Washington, United States, 99204
    Contact: Claudia Flores    509-474-4306    floresc@shmc.org
    Principal Investigator: Joseph Davis, MD

**Sponsors and Collaborators**

    **Lombard Medical**

**Investigators**

    Principal Investigator:    Mark Fillinger, MD    Dartmouth-Hitchcock **Medical** Center

▶ **More Information**

Additional Information:

    Aorfix Homepage [Exit]

    First US Case in a Patient with a High Angle Neck Aneurysm using Gen II Aorfix [Exit]

No publications provided

Responsible Party:            Dartmouth-Hitchcock Medical Center ( Mark Fillinger, MD )
ClinicalTrials.gov Identifier:  NCT00522535    History of Changes
Other Study ID Numbers:       PYTHAGORAS
Study First Received:         August 27, 2007
Last Updated:                July 29, 2009
Health Authority:            United States: Food and Drug Administration

Keywords provided by Lombard Medical:
    AAA                                          Stent Graft
    Abdominal Aortic Aneurysms                   Stent
    Endovascular                                 Tortuous
    EVAR                                         High Angle
    Aorta                                        Angled Necks

Additional relevant MeSH terms:
    Aortic Diseases                              Vascular Diseases
    Aneurysm                                     Cardiovascular Diseases
    Aortic Aneurysm, Abdominal                   Aortic Aneurysm

ClinicalTrials.gov processed this record on June 15, 2010

Case 1:10-cv-10995-NG    Document 16    Filed 06/18/10    Page 19 of 45



# EXHIBIT C

## 15   Trademarks



**aorfix**
Endovascular Stent Graft

is a trademark of Anson Medical Ltd which trades as
Lombard Medical Cardiovascular Devices Division.
Anson Medical Ltd is a wholly owned subsidiary of Lombard Medical Technologies PLC

**aorfix**
Endovascular Stent Graft

is manufactured by
Lombard Medical Cardiovascular Devices Division
4 Trident Park
Didcot  OX11 7HJ
Oxfordshire
United Kingdom

Tel:    +44 (0)1235 750 800
Fax:    +44 (0)1235 750 879
Email:  sales@lombardmedical.com

---

**aorfix**™
Endovascular Stent Graft



Instructions for Use

Bifurcated Implant and Delivery System

CE
0123

ATTENTION

Read these Instructions for Use before attempting to use the
Aorfix™ AAA stent-graft and delivery system.

Only for use by physicians trained in the use of this device.



SINGLE USE ONLY - STERILE - DO NOT RESTERILISE

ART-GS10-001          English          Issue 12  dated MAR/2010

**aorfix™** Endovascular Stent Graft

# TABLE OF CONTENTS

1 GENERAL INFORMATION. ...... 3
2 PRODUCT DESCRIPTION ...... 4
  2.1 Stent-graft ...... 4
  2.2 Delivery system. ...... 5
3 INDICATIONS FOR USE. ...... 5
4 CONTRAINDICATIONS. ...... 5
5 PATIENT SELECTION, TREATMENT AND FOLLOW-UP. ...... 5
6 WARNINGS AND PRECAUTIONS ...... 7
  6.1 MRI Safety ...... 9
7 POTENTIAL ADVERSE EVENTS ...... 10
8 PLANNING ...... 11
  8.1 Sizing ...... 11
  8.2 Points to Consider if Neck Angulation is greater than 65° ...... 12
9 FOLLOW-UP ...... 12
10 PATIENT COUNSELLING. ...... 12
11 INSTRUCTIONS FOR USE. ...... 13
  11.1 General. ...... 13
  11.2 Patient preparation. ...... 13
  11.3 Additional equipment (not supplied with system) ...... 13
  11.4 Accessories of Aorfix™ for adjunctive procedures ...... 14
  11.5 Devices from other manufacturers for adjunctive procedures, not supplied with the system. ...... 14
  11.6 Preparation of delivery systems. ...... 15
  11.7 Pre-deployment. ...... 17
  11.8 Deployment of main body component. ...... 18
  11.9 Deployment of the contralateral limb ...... 25
  11.10 Ballooning. ...... 29
12 USE OF PROXIMAL, DISTAL EXTENDERS AND CONVERTERS ...... 30
  12.1 Deployment of Proximal Extenders (Cuffs) ...... 30
  12.2 Distal Extenders. ...... 33
  12.3 Use of Converter. ...... 34
13 TECHNICAL TRAINING. ...... 35
14 SYMBOLS USED. ...... 35
15 TRADEMARKS ...... 36

---

**aorfix™** Endovascular Stent Graft

## 13 Technical training

Lombard Medical supports all users of the stent graft system in order to realise its optimum performance. Support will be in the form of technical training given by clinicians who have experience of the system and by the provision of training materials, as required. Details of support are available from your Lombard Medical distributor on request.

Lombard Medical requires that medical practitioners using the system are adequately trained in surgical and in particular endovascular techniques.

## 14 Symbols used

The following is a brief description of the symbols used on labelling accompanying this product.



MR Conditional



Do not store above room temperature (25°C / 77F)



Non-pyrogenic

# aorfix™
### Endovascular Stent Graft

- **Warning:** A large diameter distal extender can occlude a limb of the primary graft if it is placed within the 12 mm section of the limb of the primary graft. This situation will occur if the overlap of the graft and extender is more than 40 mm.

- Prepare the device and delivery system as described in Section 11.6

- Perform appropriate angiograms to establish landmarks such that the target deployment region may be readily identified.

- Distal extenders are deployed as described in Section 11.9

## 12.3    Use of Converter

Converters are used after implantation of the bifurcated body, if implantation of the contralateral limb proves impossible. The system converts the bifurcated main body into an aorto uni-iliac stent graft. If revising to a mono-iliac approach, use a femero-femoral cross-over graft to perfuse the contralateral side and occlude the contralateral common iliac artery. The converter delivery system is identical to the body delivery system.

Radiopaque markers are positioned as shown in Figure 17 below.



Landing ring for positioning in the main body

Around proximal ring

Along the seam and distal ring

**Figure 17 Position of tantalum markers on the converter**

- Prepare the device and delivery system as described in Section 11.6

- Introduce the delivery system over the guidewire so that the radiopaque ring on the contralateral limb of the bifurcated body is laterally aligned with the radiopaque ring in the centre of the converter.

- Deploy the converter as described in Section 11.8

---

# aorfix™
### Endovascular Stent Graft

## 1    General Information

The Lombard Medical[1] bifurcated stent-graft system (Aorfix™) is used to treat aortic, aorto-iliac and iliac aneurysms. It is intended for use only by suitably trained physicians who are experienced in diagnosis and endovascular treatment of aneurysm disease. Standard techniques for the use of vascular access sheaths, angiography, guidewires and contrast media should be employed.

The device is supplied in its delivery system, sterilised by means of ethylene oxide (EtO). It is packaged in peel-open pouches. Before use inspect packaging for signs of damage and do not use if packaging is damaged in any way. Do not store at temperatures above normal room temperature (25°C/77°F).

This product is designed and intended for single use only. The delivery system and graft can not be re-sterilised. The potential for patient cross contamination and mechanical failure of the product makes it inappropriate for multiple uses.



[1] Please note that Lombard Medical Cardiovascular Devices Division has been abbreviated to "Lombard Medical" throughout this document/ Lombard Medical Cardiovascular Devices Division is the trading name of Anson Medical Ltd.

# aorfix™
Endovascular Stent Graft

## 2   Product Description

### 2.1   Stent-graft

Aorfix™ is a two-part modular implant comprising a bifurcated main body section and a straight contralateral limb section (the "plug-in"). The main body section bifurcates into a full-length ipsilateral iliac section and a contralateral short leg, mating section (the "socket"). The plug-in is mated intra-operatively to the socket to form the complete bifurcated system. Each of the two components is supplied pre-loaded into a delivery system comprising a catheter with built-in deployment handle. The self-expanding implant is fabricated from nitinol (an alloy of nickel and titanium) and a woven polyester fabric (synthetic textile). Proximal hooks, also fabricated from nitinol, are provided in the main body section to resist migration. Radiopaque markers made of Tantalum are positioned as shown in Figure 1 below.



- Around proximal ring
- Landing marker for plug-in
- Along seam of straight section
- Around distal end of upsilateral end
- Around distal end of socket
- Around proximal ring
- Around distal end

Main Body

Contralateral Plug-in

Figure 1   Position of radiopaque markers on device

---

# aorfix™
Endovascular Stent Graft

### 12.2   Distal Extenders

Distal extenders for extending the distal legs, are supplied pre-packed in delivery systems. The distal extender system is identical to the plug in leg delivery system.

The position of the radiopaque markers are shown in Figure 15 below.



- Around proximal and distal rings

Distal Extender

Figure 15 Position of tantalum markers on distal extenders

- Distal extenders are 51mm long or 82mm long and are parallel-sided tubes.
- Distal extenders have the highest attachment strength when mated with a leg OF THE SAME DIAMETER AS THE EXTENDER.
- Distal extenders require a minimum overlap with the primary implant of 20 mm.
- Note that both ipsilateral and contralateral legs of the primary graft are 12mm in diameter apart from the distal 40 mm which flare out to the nominal distal diameter of the implant. The most distal 20 mm of the implant have the nominal distal diameter of the implant.



- 12mm diameter section
- Flare section
- Sealing section with distal diameter
- 20mm
- 20mm

Figure 16 Ipsilateral and contralateral leg profile

- For example an implant with an attached ipsilateral leg of 80 mm length and 20 mm distal diameter will have 40 mm of proximal leg that is 12mm in diameter, followed by a 20 mm flared section which dilates distally from 12 mm to 20 mm, which, in turn, is followed by the final, distal, section of the implant which is parallel sided and has a diameter of 20 mm.





Figure 14

Exact orientation of the fishmouth of the cuff is difficult to achieve until it has been slightly deployed. Keeping the delivery system in place longitudinally, start to operate the sheath control by rotating it anti-clockwise one click at a time. The cuff will start to deploy at the 6th or 7th click and as soon as the implant is seen to emerge from the sheath, rotation of the sheath control should be halted and the orientation of the cuff should be checked.

The posterior and anterior apices should be adjusted to overlay each other by rotating the handle of the delivery system. Ensure that the proximal tips of the apices are aligned with the desired landing point.

Continue to operate the sheath control, rotating anti-clockwise after each click, adjust the alignment and position of the cuff.

The cuff will be fully deployed at 6 or 7 clicks after its first movement.

If the alignment of the apex of the cuff is in the desired position, do not operate the push rod control.

Operate the push rod release control to disconnect the delivery system from the cuff.

- Remove the delivery system by pulling the blue handle of the delivery system distally by 10mm. Then hold the sheath control stationary against the patient and pull the blue handle of the delivery system slowly distally, monitoring the movement of the tip of the delivery system through the patient using fluoro. Note that on delivery system withdrawal, it may be necessary to rotate the sheath control as the shaft of the handle is pulled distally out of the patient.

- Balloon the cuff using an over-sized moulding balloon such as a Coda or Reliant.



## 2.2    Delivery system

The delivery system allows accurate endovascular placement of the stent-graft at the target site. The body-contacting materials within the delivery system are: Polyurethane (PU), Cyanoacrylate adhesive, Polyphenylenesulfide, (PPS) Stainless steel, Polyetheretherketone (PEEK), Polytetrafluoroethylene (PTFE).

For the main body delivery system, the maximum effective length (tip to handle) is 595mm. The length from handle to proximal neck of stent graft is 462mm (+/- 5mm).

For the contralateral plug-in delivery system, the maximum effective length (tip to handle) is 555mm. The length from handle to proximal neck of stent graft is 420mm (+/-5mm).

The nominal diameter of the largest delivery catheter introduced into the body is 7.6mm (+/- 0.2mm). Please note that due to packing the shape of the catheter may take a slight oval shape, but the circumference remains the same.

The nominal diameter of the delivery catheter for the contra-lateral plug-in leg is 6.6mm (+/- 0.2mm). Please note that due to packing the shape of the catheter may take a slight oval shape, but the circumference remains the same.

Note:    Traces of silicone lubricant may be present on the device.

Note:    Throughout this document 'proximal' refers to that part of the implant, delivery system or other device that lies closest to the heart.

## 3    Indications for Use

Aorfix™ is indicated for:

the endovascular treatment of infra-renal abdominal aortic, iliac and abdominal aorto-iliac aneurysms with peri-renal neck angles up to and including 65 degrees.

the endovascular treatment of infra-renal abdominal aortic, iliac and abdominal aorto-iliac aneurysms with peri-renal neck angles up to 90 degrees in case of undue risk of open surgical repair.

## 4    Contraindications

There are no known contraindications for this device.

**aorfix™**
Endovascular Stent Graft

## 5   Patient Selection, Treatment and Follow-up

The safety and effectiveness of Aorfix™ stent-graft has not been evaluated in patient populations with the following characteristics:

- Infra-renal non-aneurysmal neck less than 20mm in length.
- Proximal aneurysm neck diameter less than 2mm smaller than the diameter of the device being used.
- Iliac artery diameter less than 1mm smaller than the distal device diameter.
- Distance from the lower margin of the SMA to the distal end of the neck less than 20mm in length.
- Aneurysms extending around or above the renal arteries.
- Aneurysms with a proximal neck that has significant thrombus.
- Patient co-morbidities which deny vascular access, including small access vessels.
- Acute or chronic aortic dissections or mycotic aneurysms (defined by localised asymmetric aneurysm sac).
- Current non-localised infection.
- Allergies to the components of the implant – see Section 2.
- Allergies to contrast media or anti-coagulation treatment, e.g. heparin.
- Clinically obese such that diagnostic and in-procedure imaging is impaired.
- Congenital degenerative connective tissue disease such as Marfans Syndrome or Ehlers-Danlos syndrome.
- Bleeding diathesis or dyscrasia.
- Pregnant or nursing.
- Growth is incomplete

The risks and benefits should be carefully considered for patients with the following characteristics:

- Diameter of the aneurysm is less than 5.0cm, unless aneurysm growth is more than 5mm in the previous 6 months.
- Aneurysm is symptomatic, but the diameter is less than 4.5cm in diameter.
- Short conical aortic necks
- Ruptured aneurysm.
- Renal failure, serum creatinine greater than 2mg/dL
- Less than 60 years who are suitable for open repair.
- Unfit for bail-out surgery and appropriate anaesthesia.
- Peri-renal neck angles greater than 65 degrees

**aorfix™**
Endovascular Stent Graft

Deployment of the cuff occurs very rapidly. The cuff is fully deployed by the sheath control while it is being rotated past the click stops. It is not possible to slide the sheath control after the clicking action has been completed.



**Figure 12**

### Positioning and Deployment

The cuff is intended to provide stent-graft coverage of an additional, proximal portion of the aorta. The length of additional coverage required (the extension, L) should be measured using appropriate diagnostic angiographic techniques; frequently this will be the distance from the distal margin of the distal renal artery to the trough of the fishmouth of the primary implant.






**Figure 13**

The cuff in its delivery system should be introduced over the guidewire and advanced until the most proximal part of the cuff, visible through the sheath of the delivery system, lies proximal to the apices of the primary graft by the required extension length (L). It may be helpful to draw a mark on the fluoro screen that indicates the intended position of the apex of the cuff.

Note. It is essential that the extension distance is measured apex to apex rather than trough to trough. This is because the troughs of the cuff move slightly proximally during final ballooning.



aorfix™
Endovascular Stent Graft

## 12 Use of proximal, distal extenders and Converters

### 12.1 Deployment of Proximal Extenders (Cuffs)

Information about the Aorfix Proximal Cuff deployment generally follows the description in 11.8 above, but be advised of variations listed below:

• The cuff is supplied in the same delivery system as the main aortic implant. It has an outside diameter of 22 French (7.6mm)

• The cuff has a length of 38mm and is required to have a minimum overlap with the primary graft of 20mm. Thus the cuff is able to extend the primary graft proximally by a maximum of 18mm.

• The diameter of the cuff should be the same as the diameter of the primary graft to ensure the highest attachment strength between the cuff and the primary graft.

• The cuff is intended to be used after the primary graft has been deployed to correct mis-positioning of the primary graft.

• The cuff is a short implant which has four pairs of barbs, a seam and a fishmouth shape identical to the primary graft. The fishmouth at the proximal end of the cuff should be deployed with the same orientation as that of the primary graft.

• The cuff has radio-opaque marker wires around the proximal and distal circumferences and down its seam.

• The apex of the fishmouth which contains the longitudinal seam is slightly stiffer than the opposite apex and tends to lie slightly higher in the artery. The cuff can be placed with the seam lying either anteriorly or posteriorly.

• The cuff is prepared identically to the primary graft and is introduced over a guidewire.

• The push rod control should not be used. The effect of this control is to move the entire cuff proximally.

• Note that the distal end of the cuff also has a fishmouth shape, the proximal part of which deploys shortly after the distal end of the proximal fishmouth. This makes repositioning the cuff impossible once half the cuff has been deployed.



aorfix™
Endovascular Stent Graft

## 6 Warnings and Precautions

• Do not use Aorfix™ without fully reading and understanding the instructions for use.
• This device is only intended to be used by competent and suitably qualified and trained physicians and teams – see section 13, Technical Training
• Single use only - do not reuse.
• Do not attempt resterilisation.
• Do not use this device for patients who are unsuitable for angiography or similar pre- or post-operative imaging
• Do not occlude the renal arteries; this may lead to renal failure.
• Long-term efficacy of Aorfix™ has not been established. Consequently, patients should be followed up routinely, and monitored for endoleak, aneurysm growth and evidence of device migration.
• Ensure that an appropriate vascular surgical team and facilities are available in case of the need for revision to open repair.
• Proximal necks of aneurysmal, or near aneurysmal size (over 29mm in diameter) may lead to endoleak or device migration.
• Bowel/pelvic ischaemia may result from: inability to maintain patency of at least one internal iliac artery; or presence of an indispensable and patent inferior mesenteric artery; this may also lead to an endoleak.
• Aneurysm necks with greater than 3mm increase in diameter from renal arteries to the aneurysm may be aneurysmal and give rise to a subsequent endoleak.
• Common iliac arteries of aneurysmal or near aneurysmal proportions may lead to an endoleak. Size the proximal diameter of the stent-graft to the largest diameter of the neck. Always oversize the diameter of the stent-graft to aneurysmal neck diameter by at least 10% but no more than 30%, (see Section 8, for recommended over sizing dimensions).
• Oversize the device in the distal iliac target by at least 1mm, but no more than 20%.
• Ensure that an adequate distal 'landing zone', of at least 20mm and free from important arterial branches, is available for the distal portion of the device. Failure to allow such a distance may result in endoleak.
• Avoid reliance on 'road mapping' in imaging systems because introduction of the delivery system can significantly modify the shape of vessels.
• The use of magnification during deployment of the neck is strongly recommended.
• Lombard Medical recommend careful assessment of the use of MRI imaging post-operatively; Aorfix™ may be used in an MR environment for whole body imaging with fields of 1.5 Tesla or less. MR images may be distorted, particularly if the distance to the device is less than the device diameter.
• The position of the neck is not considered fixed until the barbs have been engaged after ballooning. At all time during the procedure take care to ensure that the proximal neck is not displaced, proximally or distally.
• Use of the device in iliac arteries that are less than 7 mm in diameter poses an increased risk for device complications and use of the Aorfix endovascular graft is not recommended in such cases.
• The distal landing zone should be a minimum of 9mm in diameter to avoid difficulty when withdrawing the delivery system.



aorfix™
Endovascular Stent Graft

- If difficulty is encountered in inserting the device, care must be taken to detect angulation of the device tip with respect to the rest of the device (multiple views may be needed to detect such angulation). If focal angulation over 45 degrees is detected at the junction of the tip with the center tube of the delivery system or excessive force is required to advance the device, there is an increased risk of complications. Other options than use of the Aorfix endovascular graft should be considered.

- If the vessel is narrow enough to grip the tip, the tip can be drawn out of the sheath when the handle is slightly withdrawn. This leaves a space between the sheath and the tip creating a possible risk of damage to the vessel wall by the exposed end of the sheath.

- Take extra care in angulated necks not to displace the implant when withdrawing the delivery system.

- Highly angulated necks offer unique challenges please refer to section 8.2 for advice.

- Care must be taken in those patients where the aneurysm proximal neck, distal landing zones, or iliac arteries are calcified and tortuous.

- The long term safety and effectiveness of this implant has not been established. All patients with endovascular aneurysm repair must undergo periodic imaging to evaluate the stent graft, aneurysm size, and occlusion of vessels in the treatment area. Significant aneurysm enlargement (>5 mm), the appearance of a new endoleak, evidence of perigraft flow, change in aneurysm pulsatility, or migration resulting in an inadequate seal zone should prompt further investigation and may indicate the need for additional intervention or surgical conversion.



aorfix™
Endovascular Stent Graft

## 11.10 Ballooning

- Insert a suitable sheath (16Fr with haemostatic valve) over the guidewire in the ipsilateral limb to allow insertion of the balloon.
- Insert an oversize moulding balloon over the guidewire. Position the balloon at the landing site in the proximal aorta.
- Inflate the balloon to seal the device fully. Deflate the balloon and move it down within the graft. Repeat ballooning process down the length of the graft, finishing at the distal landing site of the ipsilateral limb.
- Note: Exercise care when ballooning. Close to the landing sites ballooning can displace thrombus and ballooning the aortic body within the aneurysm may displace the implant.
- Remove the balloon, leaving the guidewire in place.
- Repeat the ballooning process for the socket and contralateral limb to straighten and ensure seal.
- Insert a diagnostic catheter over the guidewire, remove guidewire and perform completion angiography. Ensure the graft, renal arteries and hypogastric arteries are patent and that there is no evidence of endoleak.
- Remove catheters from both femoral arteries and close the wounds in the normal manner.



Figure 11 Completed deployment of the Aorfix™ implant




**aorfix™**
Endovascular Stent Graft

11.9.4   Remove delivery system (illustrated in Figure 10)

- Pull the delivery system back by 1cm to so that the proximal end of the delivery system is clear of the implant before resheathing.
- Hold the Sheath Control still against the patient and draw the delivery system back through the sheath.
- Ensure that the Sheath is fully redocked and the Pusher Rods are captured prior to withdrawal of the delivery system.
- Ensure the guidewire remains in place in the patient.

11.9.5   If not already removed, complete the deployment of the Body Component as described in section 11.8.5 to 11.8.7.

11.9.6   Balloon the device as described in Section 11.10

The Sheath Control remains stationary

Hold the Sheath Control still and draw the delivery system back through the Sheath

Figure 10 Removal of the contralateral limb delivery system

---

**aorfix™**
Endovascular Stent Graft

Non-clinical testing has demonstrated that the device Aorfix™ is MR Conditional. It can be scanned safely under the following conditions:

6.1   MRI Safety

- Static magnetic field of 1.5Tesla
- Spatial gradient field of 200 Gauss/cm or less
- Maximum whole-body-averaged specific absorption rate (SAR) of 2 W/kg for 16 minutes of scanning.
- In non-clinical testing, the Aorfix™ produced a temperature rise of less than 1°C at a maximum whole body averaged specific absorption rate (SAR) of 2W/kg for 16minutes of MR scanning in a 1.5T Sigma Horizon GE MR scanner. The maximum whole body averaged specific absorption rate (SAR) was determined by calorimetry
- The image artefact extends approximately 10mm from the device, both inside and outside the device lumen when scanned in nonclinical testing using sequence: gradient echo and spin echo in a 1.5T Sigma Horizon GE MR system with standard body coil.



**aorfix™**
Endovascular Stent Graft

## 7   Potential Adverse Events

Potential adverse events related to the procedure or device malfunction include, but are not limited to:

- Death,
- Conversion to open repair,
- Vessel damage, including at the point of access and AV fistula formation,
- AAA enlargement and/or rupture,
- Endoleak,
- Cardiac complications e.g. myocardial infarction,
- Nerve damage or neurological disorders that may lead to paraplegia,
- Lower limb and bowel/pelvic complications such as ischaemia, incontinence and impotence,
- Renal problems, including failure,
- Pulmonary complications,
- Vascular access site healing complications,
- Infection and fevers,
- Emboli and subsequent tissue / organ impairment or failure,
- Thrombosis and/or occlusion of the native vessel or implant,
- Anaesthetic complications,
- Hypotensive complications,
- Post implantation syndrome,
- Blood loss,
- Failure to advance delivery system to intended location,
- Unable to deploy,
- Unable to withdraw (part or all of) delivery system,
- Allergic reaction to implant or delivery system material

All adverse incidents should be reported to your local Aorfix™ supplier, or direct to Lombard Medical (address provided at end of document).



**aorfix™**
Endovascular Stent Graft

**11.9.3   Deploy contralateral limb (illustrated in Figure 9)**

- Grip the shaft of the delivery system to stabilise it against the patient.
- Pull back the Sheath Control until the device is fully deployed.
- Unscrew the Disconnector Control from the Push-Rod Control by turning it anti-clockwise six full revolutions and then pulling it distally.  The delivery system is no longer connected to the proximal end of the stent graft.



| Pull back the Sheath Control. | Hold shaft between the Sheath Control and the Proximal Cap | |
|---|---|---|
| | Unscrew the Disconnector Control, anti-clockwise for six full revolutions. | Pull the Disconnector Control distally<br>The proximal end of the graft is no longer attached to the delivery system. |

**Figure 9   Deployment of the Contralateral limb**

**aorfix™**
Endovascular Stent Graft

### 11.9.2 Position the delivery system

Note: A radiopaque ring on the socket marks the lowest point at which the proximal rung of the plug-in can be positioned.

- Open the haemostatic valve and appropriately lubricate the flexible tip.
- Ensure that the sheath control is at its most proximal position by ensuring that the proximal end of the sheath is in contact with the tip connector (stainless steel section of the flexible tip).
- Grip the sheath control and blue delivery system tube together with one hand, to prevent the sheath control from sliding backwards, while introducing the delivery system over the stiff guidewire and into the socket.
- If resistance is felt, remove delivery system and check that the end of the sheath has not been pushed back and exposed during introduction. If resistance is encountered when inserting the device, particularly if the delivery system is seen to kink in the vessel, DO NOT USE UNDUE FORCE. Withdraw the device and dilate the vessel using conventional dilation techniques such as a Coons dilator.
- Minimize torquing the delivery system when inserting to reduce the stress on the catheter tip joint and other structures in the system.
- Ensure that the entire Radiopaque Marker at the proximal end of the plug-in is positioned above the radiopaque ring at the proximal end of the socket. The most distal part of the marker on the plug-in should be in line with the radiopaque marker on the socket.
- The distal end marker on the plug-in must be properly sited in the contralateral iliac artery without occluding the internal iliac vessel.



Plug-in proximal Marker in line with proximal socket marker

---

**aorfix™**
Endovascular Stent Graft

## 8 Planning

### 8.1 Sizing

Lombard Medical provides a wide range of sizes of Aorfix™ to match individual patients. Physicians should employ adequate diagnostic techniques, including CT imaging, to fully evaluate the individual patient needs. Lombard Medical recommends that Table 1 be consulted to assist in sizing of the implant. This is not however intended to replace the clinical judgement of the physician.

Use of the device in iliac arteries that are less than 7 mm in diameter poses an increased risk for device complications and use of the Aorfix endovascular graft is not recommended in such cases.

The distal landing zone should be a minimum of 9mm in diameter to avoid difficulty when withdrawing the delivery system.

Please note that all diameters are internal.

| Vessel Size (mm) | Smallest Implant | Largest Implant |
| --- | --- | --- |
| 19 | 24 | 24 |
| 20 | 24 | 25 |
| 21 | 24 | 26 |
| 22 | 24 | 27 |
| 23 | 25 | 28 |
| 24 | 26 | 30 |
| 25 | 27 | 31 |
| 26 | 28 | 31 |
| 27 | 29 | 31 |
| 28 | 30 | 31 |
| 29 | 31 | 31 |



Table 1   Recommended over sizing dimensions

Warning: Do not use body devices with dimension L1=81mm or L1=96mm in neck angles significantly above 65 degrees.



aorfx™
Endovascular Stent Graft

## 8.2  Points to Consider if Neck Angulation is greater than 65°

This section provides advice gained from experience with use of the device in aortic necks with angles greater than 65°. Use in this patient population is more challenging and clinicians should consider the following:

• Good visualisation of the anatomy in three dimensions.
• The disease is often more advanced, increasing the presence of calcification and thrombus.
• Changes can occur in the anatomy during and after the deployment of the stent graft.
• The use of a stiff guide wire and delivery system rarely straightens out an angled neck.
• There is an increased risk of the proximal and landing obliquely. This can be compensated for by additional oversizing of the stent graft.
• Plan for ipsilateral to be the side where the delivery system encounters fewer changes in direction during insertion.
• Initiate deployment of the proximal end of the stent graft in the straight section of the aorta above the renals.
• Deploy the stent graft at a slow pace continuously observing the position of the proximal end ('fish mouth') of the stent graft.
• The renal arteries may become temporarily occluded by the delivery system during the procedure.
• The primary role of the push rods is to stabilise the proximal end of the stent graft during deployment. The push-rods may function differently in angulated necks and dilation of the graft may not always be achieved (refer to section 11.8 for further details).
• Ensure that the seam does not lie on the inside of an extremely sharp bend.

## 9  Follow-up

As noted elsewhere, endovascular surgery as an alternative to open AAA repair has yet to be fully proven in the long-term. With this, and individual patient needs in mind, the physician should devise an appropriate follow up regime. Typically this should involve examination prior to discharge, then at 3, 6 and 12 months, then a yearly intervals unless an endoleak is detected. In the latter instance, more frequent follow up at 3 monthly intervals and possible intervention should be considered.

## 10  Patient Counselling

Each patient should be advised, by the physician, about the following issues:
• The nature of open and endovascular repair and their respective risks and benefits.
• Further interventions may be required, either open, or endovascular.
• The possibility that revision to open repair may become imperative.
• The fact that long-term evaluation of endovascular repair has not yet been completed and that after surgery, regular follow-up visits for the lifetime of the patient are necessary.

The physician should notify the patient of these considerations, in writing, as appropriate.



aorfx™
Endovascular Stent Graft

## 11.9  Deployment of the contralateral limb

The delivery system for the contralateral limb is illustrated in Figure 3. Prepare the delivery system as outlined in section 11.6.

### 11.9.1  Insert a guidewire into the socket:

• Insert a floppy guidewire through the catheter inside the contralateral sheath and into the open end of the socket. If cannulation is being attempted before full deployment of the ipsilateral leg has been completed, ensure that the ipsilateral vessels do not thrombose by limiting the time of occlusion to 10 minutes. Gently push the guidewire up through the main body of the graft and into the thoracic aorta.
• Ensure that the catheter is well advanced inside the implant, and exchange the floppy guidewire for a stiff wire, such as a Lunderquist™ wire. Remove the catheter and contralateral sheath.
• Mark the end of the wire on the table and clamp in position if necessary to ensure that no movement towards the heart is possible, as this may induce stroke or cardiac arrhythmias.
• Ballooning the proximal neck of the device as described in 11.10 may be desirable at this stage.

**Warning!**  Take care not to insert the Guidewire between the stent graft fabric and a suture or wire support otherwise the delivery system will snag.

**Warning!**  The position of the neck is not considered fixed until the barbs have been engaged after ballooning. Take care to ensure that the proximal neck is not displaced, proximally or distally.



aorfix™
Endovascular Stent Graft

**11.8.9**  Resheathing and removal of the delivery system (illustrated in Figure 8)

- Ensure that the guidewire remains in place during the following steps.
- Pull the delivery system back by 1cm to so that the proximal end of the delivery system is clear of the implant before resheathing.
- Hold the Sheath Control stationary relative to the patient and pull the shaft of the delivery system distally until the Sheath Control is fully mated with the Handle.
- Ensure that the Sheath is fully relocked and the Push Rods are captured inside the Sheath.
- Withdraw the device as described in section 11.10
- Balloon the device as described in section 11.10



| Hold the Sheath Control stationary and pull shaft of delivery system distally. | Pull the shaft of the delivery system distally. | The Sheath Control remains stationary | The Sheath Control meets the Handle as the shaft is pulled distally. |
|---|---|---|---|

**Figure 8   Resheathing and removal of delivery system**

---



aorfix™
Endovascular Stent Graft

## 11   Instructions for Use

These instructions are not intended to replace a physician's clinical judgement, but rather to provide general guidance on the use of the device.

### 11.1   General

- Check that packaging is undamaged and that seals are intact.
- Check that the components supplied match the patient's requirements.
- Ensure that the "use by" date has not been exceeded. Should this date have passed, contact your Lombard Medical supplier for further information.

### 11.2   Patient preparation

- The patient should be subject to an anti-coagulant regime during the procedure using typically 5000 units of systemic heparin. Specific anti-coagulation regimes should be tailored to individual patients and given when all necessary catheters and sheaths are in place. It is not normally necessary to anti-coagulate the patient post-operatively.

### 11.3   Additional equipment (not supplied with system)

- 18/19 gauge needles,
- 7 fr sheaths of 11+cm length,
- Guidewires: 0.035" diameter, 260cm long extra stiff guidewire, such as a Lunderquist™ wire.
- Catheters: diagnostic, radiopaque graduated and angiographic catheters as required,
- Moulding, sometimes called compliant, balloon,
- A 16fr sheath equipped with a haemostatic valve. This is required for balloon insertion over a guidewire.
- Contrast media (injector mechanism recommended, do not use in conjunction with Aorfix™ delivery system),
- C-arm Fluoroscope,
- Radiopaque markers, e.g., marker board, graduated radiopaque rule.
- Heparinised saline solution (suggested: 5000 units in 50ml for device flushing, 5000 units in 1000ml for general flushing and 5000 units in 20 ml for patient heparinisation),
- Lubricant such as sterile silicone or appropriate surgical lubricant,
- Standard surgical equipment.

Note:   The procedure should be conducted in an operating theatre or catheter lab environment. The C-arm should be covered with a sterile hood. Other equipment has not been evaluated with this system.



**aorfix**™
Endovascular Stent Graft

**11.4    Accessories of Aorfix™ for adjunctive procedures**

- Proximal extender (cuff)
- Distal extender (x 2)
- Converter

**11.5    Devices from other manufacturers for adjunctive procedures, not supplied with the system.**

These components are commonly used in endovascular surgery but are not specifically approved for use with Aorfix™.

- Contralateral iliac occluder
- Delivery sheath for occluder
- Giant Palmaz stent and balloon
- Renal stent and balloon
- Cross-over graft for femero-femoral perfusion
- Snaring kit

---

**aorfix**™
Endovascular Stent Graft



| Deployment of the aortic part of the main body | Deployment of the ipsilateral leg |
|---|---|



Deploy the aortic part of the graft:
A)  Pull back the sheath control until the socket has been released.
Remove the distal stop.

Release the graft from the delivery system:
B)  Turn the Disconnector Control six full revolutions in an anti-clockwise direction
C)  Pull the Disconnector Control distally.

Deploy the rest of the ipsilateral leg:
A)  Rotate the Push-Rod Control anti-clockwise.
B)  Withdraw the Sheath Control to the distal end of the Handle.

**Figure 7  Deployment of the main body**

aorfix™
Endovascular Stent Graft

**11.8.5** Deploy the aortic part of the graft (illustrated in Figure 7)

- Carefully pull the Sheath Control distally while holding the Push-Rod Control in position. Continue withdrawing the sheath until the socket has been fully released.

**11.8.6** Disconnecting the proximal neck from the delivery system (illustrated in Figure 7)

- Withdraw the angiography catheter
- Remove the distal stop.
- Unscrew the Disconnector Control from the Push-Rod Control by turning it anti-clockwise six full revolutions and then pulling it distally. The delivery system is no longer connected to the proximal end of the stent graft.

**11.8.7** Pushing up the stent graft

- If desired, it is possible at this stage to slowly move the delivery system proximally to ensure that the distal end of the socket is within the aneurysm and the distal end of the ipsilateral leg is proximal to the internal iliac. This manoeuvre may also be used to relieve tension to allow the graft to fully expand.
- The position of the proximal end of the stent graft should be monitored at this stage particularly when the device is being implanted into a tortuous vessel or a highly angled neck.

Note:   At the discretion of the user, the delivery system may be left inside the patient whilst the socket is being cannulated as described in 11.9.1.

Warning!   If the delivery system is left inside the patient whilst the socket is cannulated, the ipsilateral circulation will be occluded. It is advised that this situation should not be maintained for more than 10 minutes!

**11.8.8** Deploying the ipsilateral leg

- Deploy the rest of the ipsilateral leg by withdrawing the Sheath Control to the distal end of the Handle (illustrated in Figure 7)

---

aorfix™
Endovascular Stent Graft

**11.6** Preparation of delivery systems

The main body delivery system is illustrated in Figure 4 and the plug-in leg delivery system is illustrated in Figure 3.

**11.6.1** Both the main body delivery system and the plug-in leg delivery system should be flushed with a sterile heparin/saline solution. The process is described below:

- Remove the delivery system and the haemostatic valve from their respective pouches.
- Attach the haemostatic valve to the luer lock on the delivery system.
- Twist the end of the haemostatic valve to close.
- Using a sterile heparin/saline solution, flush the central lumen of the delivery system via the haemostatic valve. Refer to Figure 2.
- Flush the graft.
  - Place a finger or thumb on the end of the flexible tip to temporarily block its lumen.
  - Flush with sterile heparin/saline solution via the haemostatic valve until the solution has been seen to wet the entire graft.

**11.6.2** Ensure that the items referred to in Section 11.3 are readily to hand.

This end must be closed off during flushing to prevent backflow




Figure 2   Use of device flushing port

Please note: syringe is not included.

aorfix™
Endovascular Stent Graft

**Figure 3  Contralateral limb delivery system**



Disconnector Control   Push-Rod Control   Sheath Control   Proximal Cap

**Figure 4  Main body delivery system**

Aorfix Stent Graft

Luer Lock   Disconnector Control   Push-Rod Control   Sheath Control   Handle   Sheath with links

Distal Stop   Flexible Tip

aorfix™
Endovascular Stent Graft

**11.8.4   Engage the hooks**

This is illustrated in Figure 6

- Stabilise the Sheath Control by holding it firmly against the exposed threads.
- Rotate the Push-Rod Control clockwise while screening. Observe the fishmouth levelling.
- Once the proximal end of the graft has stopped changing shape, stop rotating the Push-Rod Control (it is not always necessary to rotate it the full length of its travel).
- Note: Use of the Push Rods in neck angles greater than 65°.
- If the push rods appear to be holding the graft away from the vessel wall, operate the push rod control cautiously and monitor the effect on the mouth of the implant.
- If it continues to push the graft away from the vessel wall, stop advancing the push rods. Otherwise use as normal.
- If releasing the stent graft without using the push rods, position the troughs of the fish mouth so that they are intrarenal by a few mm, and firmly balloon the mouth as soon as the socket has been cannulated.

Rotate the Push-Rod Control clockwise

**Figure 6   Engaging the hooks**



aorfix™
Endovascular Stent Graft



| | | |
|---|---|---|
| Warning: Do not push the whole system proximally as this may distort the device neck and in turn lead to endoleak. | Rotate the Sheath Control until the fishmouth is seen to start opening. Align the tops of the jaws so that they lie anterior and posterior. | As the sheath is withdrawn, manipulate the delivery system such that the proximal end of the stent graft is aligned with the renal arteries. When satisfied, rotate the Sheath Control until it spins freely. |
| Slowly rotate the Sheath Control anti-clockwise. | | Do not manipulate the neck after this point. |

Figure 5   Initial deployment sequence

aorfix™
Endovascular Stent Graft

## 11.7 Pre-deployment

**11.7.1** Prepare the external iliac arteries for insertion of the delivery systems:

- Surgically expose both external iliac arteries. Tape a sufficient length of artery to enable access for appropriate clamps to allow a subsequent arteriotomy to be closed surgically.
- Insert guidewires and then a 4 or 5 French catheter, into the lowest parts of both of the exposed arteries. Push each catheter up to the bifurcation of the aorta. This facilitates identification of the site of the bifurcation of the aorta and of the position of the internal iliac arteries, which is required for accurate landing of the distal part of the stent graft.
- Insert 0.035" diameter, 260cm long stiff guidewire, such as a Lunderquist™ wire through needles placed in the centre of the exposed arteries and advance to a point well above the renal arteries on both sides.
- Remove the access needles.
- Insert vascular access sheaths of 7 Fr ID on both sides.
- In the contralateral artery, insert a 7 Fr diagnostic angiography catheter, over the guidewire to a point above the renal arteries. [Note a 5 Fr diagnostic catheter may be used for angiography if a pump injector is used. A 7 Fr catheter allows easy hand injections.]
- In the ipsilateral artery, exchange the previously inserted guidewire for a stiff wire such as a Lunderquist™ wire to lie well up into the thoracic aorta, with its top, floppy end close to the aortic arch.
- Mark the end of the Lunderquist™ wire on the table. Clamp the wire in position if necessary to ensure that no movement towards the heart is possible, as this may induce cardiac arrhythmias or stroke.

**11.7.2** Perform appropriate angiograms to establish landmarks such that the following may be readily identified:

- Renal arteries
- Target deployment regions – both proximal and distal,
- Site of aortic bifurcation, and
- Iliac bifurcations.

Leave the angiographic catheter in the best position to visualise the renal arteries.

Data from the above may be used to update the position of radiopaque markers, if used.

Centre the renal arteries in the field of view of the image intensifier of the C-arm.

Note:   Centres possessing the appropriate expertise may wish to employ intravascular ultrasound (IVUS) as an adjunct to angiography.





**aorfix™**
Endovascular Stent Graft

**11.7.3** Additional Imaging for Neck Vessel Angulation greater than 65°.

In cases of neck vessel angulation and/or tortuosity, adjusted angle angiography views are recommended.

Correct orientation of the mouth of the graft is best achieved by arranging imaging so that the origin of the target renal artery is shown in profile. This usually involves an antero-oblique view. It may also be necessary to correct for cranio-caudal angulation of the aorta at the renal arteries.

**11.7.4** Remove the access sheath leaving the stiff wire in place.

**11.7.5** Insert the main body delivery system as detailed in the following pages.

**11.8** Deployment of main body component

Notes:
- Lubricate the flexible tip of the delivery system with an appropriate lubricant, such as KY jelly, prior to insertion.
- Prior to insertion of the delivery system, orientation of device can be determined by examination through the transparent sheath. The distal end of the socket, the seam of the aortic component and the jaws of the mouth of the implant should be clearly identified and the orientation of the delivery system adjusted so that the seam lies anteriorly in the patient. In this orientation, the jaws of the mouth of the implant can be positioned around the renal arteries. It may be helpful to mark the Handle with sterile tape or a skin marker to indicate correct orientation of the delivery system.
- Ensure the stiff guidewire is positioned well above the renal arteries in the aorta.
- Ensure the distal stop (fig 4) is attached to the main body delivery system prior to commencing deployment activities.

**11.8.1** Open the end of the haemostatic valve.

**11.8.2** Insert the delivery system over the stiff guidewire so that the proximal end of the implant is initially positioned proximal to the renal arteries.

- If resistance is encountered when inserting the device, particularly if the delivery system is seen to kink in the vessel, DO NOT USE UNDUE FORCE. Withdraw the device and dilate the vessel using conventional dilation techniques such as a Coons dilator.
- Minimize torquing the delivery system when inserting to reduce the stress on the catheter tip joint and other structures in the system.
- Once the delivery system has been inserted, orientation can be monitored by screening under the image intensifier.
- Orientate the proximal end of the device by viewing it directly under fluoroscopic control.

Ensure correct positioning of the longitudinal opaque braid in the seam of the device is achieved before further deployment.

**aorfix™**
Endovascular Stent Graft

**11.8.3** Initiate deployment

The initial deployment sequence is illustrated in Figure 5.

- Initiate deployment of the proximal end of the stent graft in the straight section of the aorta above the renals.
- To begin deployment place one hand on the proximal Handle and the other on the Sheath Control.
- Hold the proximal Handle firmly so that the delivery system neither rotates nor slides into or out of the patient.
- Whilst watching the fluoroscopic image, start to rotate the Sheath Control anti-clockwise slowly. The sheath will withdraw in short steps punctuated by clicks.
- Keep rotating the Sheath Control until the fishmouth is seen to start opening.
- Align the tops of the jaws of the fishmouth so that they lie anterior and posterior.
- As the sheath is withdrawn, manipulate the delivery system so that the proximal end of the stent graft is aligned with the renal arteries.
- Ensure that the fishmouth will not occlude any part of the renal arteries when fully deployed and that the hooks lie infra-renally.
- When satisfied with the position of the neck, rotate the Sheath Control further until it spins freely.

Warning! Do not manipulate the neck after this point.

# EXHIBIT D

# REDACTED

**From:** tsassler@comcast.net [mailto:tsassler@comcast.net]
**Sent:** Saturday, February 06, 2010 7:42 AM
**To:** Trivascular HR Auto Response
**Subject:** Clinical Specialist

Dear Human Resources:

I understand TriVascular2 is looking for Clinical Specialist to aid in the TriVascular2 AAA endograft study.  I have over 20 years of  endo-vascular medical device experience.  The last 2 1/2 years has been with Lombard Medical Technologies as an Investigational Site Specialist. My responsibilities have included but were not limited to aid in the recruitment of qualified patients and  proctoring of physicians in the proper use of the Aorfix AAA device.


I would like to submit my resume for consideration.  Please call me with any questions you may have.

Regard,

Tom Sassler
770-855-3535

---

This message and any files or text attached to it are intended only for
the recipients named above, and contain information that may be
confidential or privileged. If you are not an intended recipient, you
must not read, copy, use or disclose this communication. Please also
notify the sender by replying to this message, and then delete all
copies of it from your system. Thank you.

6/17/2010

# EXHIBIT E



HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

*A Professional Corporation*

May 28, 2010

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.677.6262
*www.howardrice.com*

Writer's Information:

David J. Reis
Direct: 415.677.6360
*dreis@howardrice.com*

VIA E-MAIL: jonathan.rosenfeld@wilmerhale.com

Jonathan Rosenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Re:   Lombard Medical Technologies/Nils Johannessen and Tom Sassler.

Dear Mr. Rosenfeld:

This firm represents TriVascular, Inc. ("TriVascular"). We are in receipt of your letters dated May 24, 2010 to Tom Sassler and Nils Johannessen. In these letters you assert that Messrs. Sassler and Johannessen will breach the Non-Competition Agreement they signed while employed by Lombard Medical Technologies ("Lombard") by accepting employment with TriVascular and that they will "inevitably" disclose or use Lombard's confidential information by working for TriVascular. As explained below, your assertions are without merit.

As a preliminary matter, TriVascular has no interest in obtaining any of Lombard's confidential information. As a rapidly growing medical device company, TriVascular is keenly aware of the need to protect proprietary information and trade secrets. As a matter of policy, TriVascular requires each of its employees to sign and abide by an employee invention and confidential information agreement which specifically forbids the improper use or disclosure of any proprietary information of former employers or companies. This requirement applies to Messrs. Sassler and Johannessen. TriVascular endeavors to act with the highest degree of honesty and integrity and it certainly expects that its employees will do the same. Messrs. Sassler and Johannessen have assured TriVascular that they have not disclosed to TriVascular any Lombard confidential information and that they will not do so in the future.

With respect to their employment with TriVascular specifically, Messrs. Sassler and Johannessen do not breach the noncompete provision of the Non-Competition Agreement simply by being employed by TriVascular. As you may know, it is doubtful that the inevitable

Jonathan Rosenfeld
Page 2

disclosure doctrine is legally viable in Massachusetts.[1] *Safety-Kleen Systems, Inc. v. McGinn,* 233 F. Supp.2d 121, 124 (D. Mass. 2002). The noncompete provision could therefore only be enforceable under Massachusetts law (if at all, particularly considering that it was signed at the beginning of their employment) insofar as Messrs. Sassler and Johannessen might harm the goodwill of Lombard through their knowledge of confidential information or trade secrets. *All Stainless, Inc. v. Colby,* 364 Mass. 773, 779-780 (1974). Neither Lombard's goodwill nor its confidential information or trade secrets will be involved here. During the non-compete periods specified in their agreements with Lombard, Messrs. Sassler and Johannessen will not provide services to any clinical sites or customers with whom they worked at Lombard. As explained in *All Stainless,* they therefore cannot possibly harm Lombard's goodwill. *Id.* at 780 ("The plaintiff has failed . . . to show that its good will could have been harmed through sales activity by Colby outside of the sales territory formerly assigned to him. We see, therefore, no justification for enforcement of the restriction beyond Colby's former sales territory.").

Furthermore, even though TriVascular has not received such information from Messrs. Sassler and Johannessen, the purported "confidential" information you reference in your letter — "FDA clinical data" and "customer information and customer contacts" — is simply not proprietary information. Information about who is conducting clinical trials in the endovascular repair field, where these trials are being held—*i.e.* Lombard's "customer information and customer contacts"—and what results have been obtained through such trials is published and *readily obtainable freely from public domain sources. See* ClinicalTrials.gov (http://www.clinicaltrials.gov); Pub Med (http://www.ncbi.nlm.nih.gov/pubmed/); and Endovascular Today (http://www.EVToday.com). Lombard's clinical trials—and those on the High Angle AORfix Bifurcated Stent Graft in particular—are no exception. This information is readily available on the internet. *See, e.g.,* http://www.clinicaltrialssearch.org/prospective-aneurysm-trial-high-angle-aorfix-bifurcated-stent-graft-nct00522535.html; http://clinicaltrials.gov/ct2/show/NCT00522535. In fact, far from confidential, Lombard publishes its clinical trial results in its own press releases. *See, e.g.* http://www.lombardmedical.com/releaselist____125.aspx.

In addition, many independent private analysts regularly publish reports that are purchasable by individuals and companies alike. These reports contain in-depth analyses about the market sizes and relative market shares among the many competitors in endovascular repair in the various geographical markets worldwide.

Nor, for that matter, does TriVascular need any confidential information as to clinical trials from third parties. TriVascular, from its first inception in 1997, through acquisition by Boston Scientific and its subsequent spin out from Boston Scientific in 2008, has been actively engaged

---

[1] It is not clear that Massachusetts law even applies here, despite the choice-of-law provision, and we do not concede that it would. Mr. Sassler did not work in Massachusetts, Mr. Johannessen only spent limited time working there, and Lombard is not based in Massachusetts. For sake of argument only, I refer to Massachusetts law above given that Lombard included the Massachusetts choice-of-law provision.

Jonathan Rosenfeld
Page 3

in clinical trials for six years—which has included meeting with key opinion leaders, enrolling patients and generally doing all things necessary to be a leader in the field of endovascular repair.

In sum, Messrs. Sassler and Johannessen have accepted employment with TriVascular, but that employment will not violate any legal obligations they owe to Lombard. They have not, and will not, provide any of Lombard's confidential information to TriVascular, and they will not service any of the locations that they serviced while employed by Lombard during the non-compete period contained in their Lombard agreements. Accordingly, any threatened legal action would be without basis and would itself constitute a form of unfair competition.

Please feel free to call me if you have any questions or would like to discuss any of these issues. In particular, given the abundance of readily available public information regarding clinical trials (some of which is identified above), I would ask that you identify with some clarity and precision what information you consider a trade secret and on what basis, and your factual basis for believing that Messrs. Sasslet and Johanessen took that information from Lombard and have or will disclose it to TriVascular. I do not believe that there is reasonable factual support for such allegations but will certainly investigate any specific facts that you identify.

Very truly yours,

David J. Reis

cc:   Nils Johannessen
      Tom Sassler